Heather L. Thuet (#10106)
**KEY LEGAL GROUP, LLC**
www.Key.Legal
Telephone: (801) 829-1096
Heather@Key.Legal
*Attorney for Starbucks Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HARMONY McQUEEN, <br><br> Plaintiff, <br> vs. <br><br> STARBUCKS CORPORATION, <br><br> Defendants. | **STARBUCKS CORPORATION'S NOTICE OF REMOVAL** <br><br> Civil No.: 2:22-cv-00270-DAO <br><br> Magistrate Judge Daphne A. Oberg |

Defendant, Starbucks Corporation, by and through its counsel, Heather L. Thuet of Key Legal Group, LLC, and pursuant to 28 U.S.C. §§ 1441 and 1446, file this Notice of Removal of Civil No. 22-0901805 originally filed in the Third District Court in and for Salt Lake County, State of Utah. Defendant represents as follows:

1. On or about March 21, 2022, Plaintiff filed an action against Defendant in the Third Judicial District Court in and for Salt Lake County, State of Utah, Civil No. 190909422. *See* Complaint, Exhibit A.

2. On March 23, 2022, the Summons and Complaint was served. *See* Summons and Notice of Service of Process, *Id.*

3. A Notice of Removal was filed on April 19, 2022, less than 30 days after a copy of the Complaint was served.

1

4. Plaintiff is, and at all relevant times has been a resident of the Salt Lake County, and citizen of the State of Utah.

5. Defendant Starbucks Corporation is now, and was all relevant times, a Corporation, Incorporated in the State of Washington, with its principal place of business and headquarters in King County, State of Washington and is a citizen of the State of Washington.

6. Plaintiff improperly identified Starbucks Corporation as Starbucks Coffee Company in the Complaint but the proper entity is Starbucks Corporation.

7. There is now, and was at the time Defendant was served with the Complaint, compete diversity of citizenship between Plaintiff and Defendant.

8. In the Complaint, Plaintiff alleges this is a Tier 3 case. A Tier 3 case alleges damages of $300,000 or more. UTAH R. CIV. P. 26(c)(5). Additionally, in her prayer for relief, Plaintiff asserts a demand for $10,000,000.00. Accordingly, the amount in controversy is in excess of $75,000.

9. The action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332, and is one that may be removed to this Court pursuant to 28 U.S.C. §1441(b), as it is an action between citizens of different states wherein the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Attached hereto is a copy of all known process, pleadings, and orders filed in the state court action, pursuant to 28 U.S.C § 1446(a), consisting of the following:

    Exhibit A: Plaintiff's Complaint, Summons, service of process.

11. A Notice of Removal was filed on April 19, 2022 within thirty (30) days after Defendant's receipt of the Complaint as required by 28 U.S.C. §1446(b)(1).

12. On April 18, 2022, Plaintiff's counsel, K. Bradley Carr, indicated that he stipulates and agrees to the removal. Additionally, written notice of the filing of this Notice of Removal will be given to all adverse parties and a copy of the notice shall be filed with the clerk of the State Court, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendant hereby respectfully requests the Court accept this Notice of Removal and remove this action form the Third District Court in and for Salt Lake County, State of Utah, to the United States District Court for the District of Utah, Central Division.

DATED this 19th day of April 2022.

                                                  KEY LEGAL GROUP, LLC

                                                  */s/ Heather L. Thuet*
                                                  Heather L. Thuet
                                                  *Attorney for Starbucks Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April 2022, the foregoing **STARBUCKS CORPORATION'S NOTICE OF REMOVAL** was filed electronically and served by email to:

K. Bradley Carr
Carr Woodall, LLC
1309 W South Jordan Pkwy, Suite 200
South Jordan, Utah 84095
brad@carrwoodall.com

                                                              *Heather L. Thuet*